IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr209-MHT |
| THOMAS K. FRYE | ) | (WO) |
| KATHY M. FRYE | ) | |

OPINION AND ORDER

This cause is before the court on defendants Thomas and Kathy Frye's unopposed motion to continue. For the reasons set forth below, the court finds that jury selection and trial, now set for February 28, 2011, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a

> defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(8)(A). In granting such a continuance, the court may consider, among other factors, "whether the failure to grant such a continuance ... would deny counsel for the defendant ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(8)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and the Fryes in a speedy trial.

Counsel for the Fryes represents that, on January 14, 2011, he was retained to represent the Fryes. This representation requires that he review 14 three-ring binders of material, as well as additional discovery that the Justice Department Tax Division will be producing. The Fryes' counsel cannot properly represent them until he has reviewed this voluminous material, and he is physically unable to do so prior to the current trial date. The Fryes, therefore, need more time to prepare for trial. The court's decision is supported by the fact that the government does not oppose this motion.

***

Accordingly, it is ORDERED as follows:

(1) Defendants Thomas and Kathy Frye's motion for continuance (doc. no. 34) is granted.

(2) The jury selection and trial, now set for February 28, 2011, are reset for June 20, 2011, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr.

United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 18th day of January, 2011.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE