IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
     v.                       )         2:10cr209-MHT
                              )             (WO)
THOMAS K. FRYE and            )
KATHY M. FRYE                 )
```

OPINION AND ORDER

This case is before the court upon defendants Thomas K. Frye and Kathy M. Frye's motion to determine whether restitution has been paid in full. In the motion, the Fryes contend that they have made full payment of restitution to the Internal Revenue Service via payments to the court and other payments that went directly to the IRS. Also before the court are the government's response and the government's motion to supplement its response. In the supplemented response, the government agrees that the defendants have paid their restitution in full. Based on the evidence attached to the response, it is clear that the defendants have fully paid all restitution owed.

The clerk of court has since expressed concern to the court that the Fryes have actually overpaid restitution, and that they are owed some amount of refund. The court will refer this issue to the United States Magistrate Judge for consideration and determination of how much of a refund is due, and for issuance of--or, if appropriate, recommendation as to--any required orders to resolve the matter.

***

Accordingly, it is ORDERED that:

(1) The motion to supplement (Doc. 128) is granted.

(2) The defendants' motion to determine whether restitution has been paid in full (Doc. 122) is granted, and the court finds that defendants Thomas K. Frye and Kathy M. Frye have paid their restitution in full.

(3) Pursuant to 28 U.S.C. § 636, this case is referred to the United States Magistrate Judge for consideration and determination of how much of a refund

is due, and for issuance of--or, if appropriate, recommendation as to--any required orders to resolve the matter.

DONE, this the 22nd day of August, 2022.

                                            /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**